# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON MONTOYA, | CASE NO.: 3:14-cv-00554-CRB |
| Plaintiff, | ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS AND EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS |
| -vs- | |
| JP MORGAN CHASE BANK, | |
| Defendant. | |

BASED UPON the Parties' stipulation and good cause showing, it is hereby ordered that Plaintiff's opposition to Defendant's Motion to Dismiss shall be filed no later than March 10, 2014 and Defendant's reply shall be filed no later than March 15, 2014 and the hearing on March 28, 2014 at 10:00 a.m..

IT IS SO ORDERED.

DATE: February 28, 2014    By:_____
                            Hon. United

*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

ORDER
CASE NO. 3:14-cv-00554-CRB