UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON MONTOYA, ) | CASE NO.: 3:14-cv-00554-CRB |
| ) | |
| Plaintiff, ) | ORDER CONTINUING PLAINTIFF'S DEADLINE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S DEADLINE TO FILE A REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |
| -vs- ) | |
| JP MORGAN CHASE BANK, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED THAT** Plaintiff's deadline to file an opposition to Defendant's Motion for Summary Judgment is continued to November 10, 2014, and that Defendant's deadline to file a Reply is continued to November 17, 2014.

Dated November 10, 2014

By:_____

Honorable Char



1

**ORDER CONTINUING PLAINTIFF'S DEADLINE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S DEADLINE TO FILE A REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT -CASE NO.** 3:14-cv-00554-CRB