LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
Suren N. Weerasuriya, Esq. (SBN 278512)
tfriedman@attorneysforconsumers.com
sweerasuriya@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARLON MONTOYA**, | ) CASE #: 3:14-cv-00554-CRB )  ) **NOTICE OF SETTLEMENT** |
| Plaintiff, | ) |
| vs. | ) ) |
| **JP MORGAN CHASE BANK,** | ) ) |
| Defendant. | ) ) |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court enter a 60-day conditional dismissal or otherwise allow sixty (60) days with which to file dispositive documentation as a Voluntary Dismissal with prejudice will be forthcoming. Plaintiff has conferred with Defendant and Defendant consents to this filing.  The parties also request that all scheduled hearing dates, including the hearing scheduled for this Friday morning, December 12, 2014, at 10:00 a.m., be removed from the calendar.

Notice of Settlement - 1

Respectfully submitted this 10th day of December, 2014.

By: <u>s/Todd M. Friedman</u>
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 10th day of December, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Charles R. Breyer
United States District Court
Northern District of California

Timothy Alan Miller
Skadden Arps Slate Meagher and Flom LLP

Albert Lee Hogan , III
Skadden Arps Slate Meagher and Flom LLP

Jason T. Manning
Skadden Arps Slate Meagher and Flom LLP

Joel Crespo
Skadden Arps Slate Meagher and Flom LLP

Michael Y Scudder
Skadden Arps Slate Meagher and Flom LLP

This 10th day of December, 2014.

<u>s/Todd M. Friedman</u>
Todd M. Friedman